MITCHELL F. MULBARGER, BAR ID #166266
BAKER, KEENER & NAHRA
633 West Fifth Street
Suite 5400
Los Angeles, California 90071
Telephone: (213) 241-0900
Facsimile: (213) 241-0990

Attorneys for Defendant,
ROBERT BOSCH TOOL CORPORATION



FILED
DEC 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| JON CROTTI,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT BOSCH TOOL CORPORATION, et al.,<br><br>    Defendant. | Case No. 1:06-CV-01726-OWW-DLB<br><br>**STIPULATION AND ORDER REMANDING CASE TO STATE COURT** |

The parties, by and between their attorneys of record herein, hereby stipulate to the following:

(1) That the amount in dispute in this action is $75,000 or less.

(2) That based upon this stipulation, the Federal Court no longer has diversity jurisdiction over this matter.

(3) That it is appropriate that the United States District Court remand this matter back to the Madera County Superior Court for all purposes.

696-3000-0012

- 1 -

STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT

**IT IS SO STIPULATED:**

DATED: December 13, 2006      LAW OFFICES OF EDWARD B. CHATOIAN


                              By _____
                                 EDWARD B. CHATOIAN,
                                 Plaintiff, JON CROTTI


DATED: December 13, 2006      BAKER, KEENER & NAHRA


                              By _____
                                 MITCHELL F. MULBARGER,
                                 Defendant, ROBERT BOSCH TOOL
                                 CORPORATION


## O R D E R

**IT IS HEREBY ORDERED**, based upon the stipulation of counsel that this action be remanded to the Madera County Superior Court.


DATE:  12-14-06                _____
                               OLIVER W. WANGER, JUDGE
                               UNITED STATES DISTRICT COURT

696-3000-0012

- 2 -

STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT